# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 1:19-CR-253 |
| v. | The Honorable T.S. Ellis, III |
| KRISTOPHER LEE DALLMANN, | |
| DOUGLAS M. COURSON, | |
| FELIPE GARCIA, | |
| JARED EDWARD JAUREQUI,<br>a/k/a Jared Edwards, | |
| PETER H. HUBER, and | |
| YOANY VAILLANT,<br>a/k/a Yoany Vaillant Fajardo | |
| *Defendants*. | |

## O R D E R

Before the Court is the United States' Motion to Request the Court to Confirm Waiver of Attorney-Client Privilege and to Order Defendants to Declare Well before Trial Whether They Will Assert an Advice-of-Counsel Defense.   For good cause shown, it is hereby

**ORDERED** that defendant Kristopher Lee Dallmann has waived any attorney-client privilege in any attorney memorandum providing advice about the operation of Jetflicks as well as any other documents and records related to this subject matter and that, among other documents and records, the government is authorized to review an otherwise potentially privileged hard copy document seized from Mr. Dallmann's residences in November 2017, and may do so without a filter team or similar precautions; and it is

2

**FURTHER ORDERED** that each defendant who intends to assert an advice-of-counsel defense shall file a public notice with the Court and the government no later than 5:00 p.m. on January 6, 2020, stating that intention; and it is

**FURTHER ORDERED** that this notice shall advise whether the advice-of-counsel defense is based on a communication with a lawyer or non-lawyer.

    1. If a lawyer, then the defendant shall disclose the name and contact information for the attorney, how many times advice was given, and who was present each time. The defendant further shall provide a written waiver as to any claim of attorney-client privilege over the communications with that attorney about the advice at issue;

    2. If a non-lawyer, then the defendant shall disclose the name and contact information for that person, how many times advice was given, and who was present each time; and it is

**FURTHER ORDERED** that any defendant who plans to raise an advice-of-counsel defense and files the notice described above must produce to the government no later than January 13, 2020, all relevant documents and records that are in the defendant's possession that support or undermine that defense.

.

Date: _____       _____
    Alexandria, Virginia      The Honorable T.S. Ellis, III
          United States District Judge