### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF VIRGINIA
#### Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v. ) | **Criminal No. 1:19-CR-253** |
| ) | |
| **KRISTOPHER LEE DALLMANN**, *et al.*, ) | |
| **Defendants.** ) | |

### ORDER

In this criminal copyright infringement case, a June 12, 2020 Order scheduled the following matters for Friday, July 10, 2020 at 10:00 a.m.: (1) the government's Renewed Motion Requesting Confirmation of Waiver of Attorney-Client Privilege, (2) defendant Kristopher Dallmann's Motion to Suppress Statements and Evidence, (3) defendant Jared Edward Jaurequi's Motion to Suppress Statements and Evidence, (4) the hearing on the third petition for action on conditions of defendant Jaurequi's pretrial release and its addenda, and (5) the hearing on the petition for action on conditions of defendant Dallmann's pretrial release. Counsel for defendant Jaurequi has filed a Motion to Continue the hearing scheduled for July 10, 2020 at 10:00 a.m. to July 17, 2020 at 10:00 a.m. to accommodate a scheduling conflict. The government opposed this motion. Counsel for defendant Felipe Garcia also informed the Courtroom Deputy of a scheduling conflict with the July 10, 2020 hearing.

To accommodate counsel for defendants Jaurequi and Garcia, the hearing currently scheduled for July 10, 2020 at 10:00 a.m. will be rescheduled to July 9, 2020 at 10:00 a.m. There will be no further continuances of the hearings now scheduled for July 9, 2020. It is necessary to provide a date certain on which these hearings will be held because defendants must travel or be transported from Las Vegas, Nevada to the Eastern District of Virginia. Counsel for the

government and defendants are advised to resolve any potential scheduling conflicts so as to permit counsel to attend the hearings now scheduled for July 9, 2020 at 10:00 a.m.

Defendant Dallmann and his counsel and defendant Jaurequi and his counsel must advise the Court in pleadings filed no later than 5:00 p.m. on Friday, June 19, 2020 whether defendants Dallmann and Jaurequi intend to appear voluntarily in the Eastern District of Virginia on July 9, 2020. In the event that a defendant or his counsel indicate in a pleading that the defendant will not voluntarily appear in the Eastern District of Virginia for the July 9, 2020 hearing, a bench warrant will issue for that defendant's arrest and he will be transported to this District for the July 9, 2020 hearing.

Defendants Courson, Garcia, Huber, and Vaillant are directed to appear in-person at the July 9, 2020 hearing or waive their appearance at the July 9, 2020 hearing by filing a waiver through counsel on or before Wednesday, July 8, 2020.

Accordingly,

It is hereby **ORDERED** that defendant Jaurequi's Motion to Continue (Dkt. 304) is **GRANTED IN PART** insofar as the following hearings are **SCHEDULED** for **Thursday, July 9, 2020 at 10:00 a.m.**: (1) the government's Renewed Motion Requesting Confirmation of Waiver of Attorney-Client Privilege (Dkt. 197), (2) defendant Kristopher Dallmann's Motion to Suppress Statements and Evidence (Dkt. 242), (3) defendant Jared Edward Jaurequi's Motion to Suppress Statements and Evidence (Dkt. 275), and (4) the hearing on the third petition for action on conditions of defendant Jaurequi's pretrial release and its addenda (Dkts. 199, 221, 264) (5) the hearing on the petition for action on conditions of defendant Dallmann's pretrial release (Dkt. 257).

It is further **ORDERED** that defendant Dallmann and his counsel and defendant Jaurequi

and his counsel are **DIRECTED** to advise the Court in pleadings filed no later than **5:00 p.m. on Friday, June 19, 2020** whether defendants Dallmann and Jaurequi intend to appear voluntarily in the Eastern District of Virginia on July 9, 2020. In the event that a defendant or his counsel indicate in a pleading that the defendant will not voluntarily appear in the Eastern District of Virginia for the July 9, 2020 hearing, a bench warrant will issue for that defendant's arrest and he will be transported to this District for the July 9, 2020 hearing.

It is further **ORDERED** that counsel for defendant Dallmann is **DIRECTED** to comply with the Department of Justice's Touhy regulations if counsel seeks to obtain the testimony of Department of Justice employees at the July 9, 2020 hearing.

It is further **ORDERED** that defendants Courson, Garcia, Huber, and Vaillant are **DIRECTED** to appear in-person at the July 9, 2020 hearing or waive their appearance at the July 9, 2020 hearing by filing a waiver through counsel on or before **Wednesday, July 8, 2020**.

The Clerk is directed to send a copy of this Order to all counsel of record, the United States Marshals Service, the Probation Office, and the Pretrial Services Office.

Alexandria, Virginia
June 16, 2020

/s/
T. S. Ellis, III
United States District Judge