# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 1:19-CR-253 |
| v. | |
| DARRYL POLO, and | The Honorable T.S. Ellis, III |
| LUIS VILLARINO, | |
| *Defendants*. | |

### UNOPPOSED MOTION TO CONTINUE SENTENCINGS

On February 5, 2021, the Court is scheduled to sentence Defendants Darryl Polo and Luis Villarino. The government requests a continuance of these hearings to March 2021. Defense counsel does not object to such a continuance.

The government states the following in support of this Motion:

1. On January 19, 2021, trial will commence for the six remaining co-defendants in this case.

2. The government anticipates that trial may last up to three weeks. This is so due to the number of witnesses the government anticipates calling at trial; the time it will take for six defense counsel to present argument, cross-examine witnesses, and potentially adduce evidence; and the inevitable delays that will arise from the COVID-19 protocols to which all parties will need to adhere.

3. Moreover, the government may call Mr. Polo or Mr. Villarino at trial. If they are called as witnesses, then the government and defense counsel will need sufficient time to consider our respective positions on what, if any, credit the Court should accord to them under

the U.S. Sentencing Guidelines and 18 U.S.C. § 3553.

      WHEREFORE, the government asks this Court to enter an order continuing the sentencings of Mr. Polo and Mr. Villarino to March 2021.  Defense counsel for Mr. Polo has indicated that she and her client are available for a sentencing on Friday, March 5, or Friday, March 12.  Defense counsel for Mr. Villarino has advised that he and his client are unavailable for a sentencing on Friday, March 5, or Friday, March 12, but has not yet provided alternative dates.

                                               Respectfully submitted,

Date: December 7, 2020                G. Zachary Terwilliger
                                               United States Attorney

                                               /s/
                                             Alexander P. Berrang
                                             William E. Fitzpatrick
                                             Monika Moore
                                             Assistant United States Attorneys
                                             United States Attorney's Office
                                             2100 Jamieson Avenue
                                             Alexandria, Virginia 22314
                                             Phone: (703) 299-3700
                                             Fax: (703) 299-3981
                                             Email: Alexander.P.Berrang@usdoj.gov

                                               /s/
                                             Matthew A. Lamberti
                                             Special Assistant United States Attorney,
                                               Eastern District of Virginia
                                             Senior Counsel,
                                               Computer Crime and Intellectual Property Section
                                             United States Department of Justice
                                             1301 New York Avenue, NW, Suite 600
                                             Washington, DC 20530
                                             Phone: (202) 514-1026
                                             Email: Matthew.Lamberti@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) of the foregoing to the attorney for the defendant.

                                                /s/
Alexander P. Berrang
Assistant United States Attorney
U.S Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: Alexander.P.Berrang@usdojg.gov