# SENTENCING MINUTES

| | |
|---|---|
| Date: 05/07/2021 | Judge: **T.S. ELLIS III** |
| | Reporter: T. Harris |
| | Time: 10:32 a.m. – 10:36 a.m. |
| | 10:55 a.m. – 11:18 a.m. |
| | ( 00:27) |
| | Case Number: 1:19-cr-00253-TSE-8 |

| | |
|---|---|
| UNITED STATES OF AMERICA | Counsel/Govt: Monika Moore, Alexander Berrang |
| | William Fitzpatrick |
| v. | |
| **LUIS ANGEL VILLARINO** | Counsel/Deft: David Benowitz, Rammy Barbari |

- Gov't request a term of incarceration of 15 months and request the Court delay a determination of restitution until after trial of the remaining 6 co-defendants.
- Defense argues for a non-custodial sentence and request August 16, 2021 as the self-reporting date.

Court adopts PSI ( X )        without exceptions ( X )        with exceptions:

**SENTENCING GUIDELINES:**
Offense Level: 13
Criminal History: I
Imprisonment Range: 12 to 18 months
Supervised Release Range: 1 to 3 years
Fine Range: $5,500 to $55,000
Restitution $TBD
Special Assessment $100

**JUDGMENT OF THE COURT:**
- BOP for 12 months and 1 day

- Supervised Release for 3 Years, with special conditions: subject to all computer monitoring and shall abide by all technology requirements at the discretion of the probation officer and subject to all of the standard conditions.

- Restitution to be determined at the conclusion of the Jury Trial of the remaining six (6) defendants.

- No punitive fines/costs of incarceration/costs of supervision imposed.

- Special Assessment $100

- Consent Order of Forfeiture entered in open court.

- Defendant advised of his right to appeal his sentence.

**RECOMMENDATIONS to BOP**:
X        Dft. To be designated to: a facility in the Las Vegas, Nevada area.
_____    Dft. to participate in the Residential Drug Abuse Treatment Program (RDAP)
_____    Other:_____

- Deft: ( X ) Cont'd on Bond to Self-Surrender not before August 16, 2021.